IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 08-cr-00394-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GILBERTO RODRIGUEZ-PORRAS,
    a/k/a Gilberto Rodriguez,
    a/k/a Juan Carlos Nevarez,
    a/k/a Juan Carlos Nevarez-Garcia,
    a/k/a Manual Martinez-Porras,
    a/k/a Miguel Mendez,
    a/k/a Luis Serrano,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION
## TO REASSIGN AND TRANSFER CASE

**Blackburn, J.**

The matter before me is defendant's **Motion To Consolidate Cases** [#12] filed October 23, 2008. The motion implicates a transfer of a case from one judicial officer to another under **D.C.COLO.LCrR 50.1A**. Having the approbation of the Honorable Wiley Y. Daniel, Chief District Judge of the United States District Court for the District of Colorado, I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion To Consolidate Cases** [#12] filed October 23, 2008,

1

is **GRANTED**; and

      2. That pursuant to **D.C.COLO.LCrR 50.1A**, this criminal case is **REASSIGNED** and **TRANSFERRED** to the Honorable Wiley Y. Daniel, Chief District Judge of the United States District Court for the District of Colorado.

      Dated October 27, 2008, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**